### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTOPHER DAVIS HANEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-20-1110-D |
| GRADY COUNTY JAIL, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff, a prisoner appearing *pro se*, filed this action on November 2, 2020 [Doc. No. 1], alleging various violations of his constitutional rights under 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings.

In a November 3, 2020 Order, Judge Erwin directed Plaintiff to cure certain deficiencies in his Application for Leave to Proceed *In Forma Pauperis* [Doc. No. 5]. Specifically, Judge Erwin advised Plaintiff that he was required to sign the application, include financial information and/or the signature of an authorized officer of the penal institution, and submit a certified copy of his trust fund account statements (or the institutional equivalent) from each penal institution or jail where he had been confined for the six months preceding the filing of his complaint. Plaintiff was ordered to cure the deficiencies by November 20, 2020. Judge Erwin warned Plaintiff that failure to comply could result in the recommended dismissal of the action.

On November 30, 2020, Judge Erwin filed a Report and Recommendation ("Report") [Doc. No. 6], in which he recommended that this action be dismissed without prejudice because of Plaintiff's failure to comply with the Court's orders. Judge Erwin advised Plaintiff of his right to object and directed that any objection be filed on or before December 17, 2020. Judge Erwin further advised Plaintiff that any failure to object would result in waiver of the right to appellate review. The deadline for filing objections has passed. To date, Plaintiff has not filed objections and has not sought an extension of time in which to do so.

Accordingly, Judge Erwin's Report and Recommendation [Doc. No. 6] is **ADOPTED** as though fully set forth herein. This action is **DISMISSED** without prejudice. A judgment shall be issued forthwith.

**IT IS SO ORDERED** this 30th day of December 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge